2:11CV1461

```
Court Name: District of Nevada
Division: 2
Receipt Number: NVLAS006213
Cashier ID: jgiesbre
Transaction Date: 09/12/2011
Payer Name: Humberto Hernancez
---------------------------------------
CIVIL FILING FEE
  For: Humberto Hernancez
  Case/Party: 0-NVX-2-11-CV-001461-001
  Amount:      $350.00
---------------------------------------
CREDIT CARD
  Amt Tendered:  $350.00
---------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $45 fee will
be charged for a returned check."
```