AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Humberto Hernandez
_____
Plaintiff

v.   2:11-cv-01461-KJD -PAL

Mortgage Electronic Registration
_____
Defendant

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

P.O Box 20261
Flint, MI 48501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Humberto Hernandez
7128 Desert clover ct
Las Vegas, NV 89129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 12 2011

JULIE GIESBRECHT
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_Humberto Hernandez_
Plaintiff

v.  2:11-cv-01461-KJD -PAL

_One West Bank, FSB_
Defendant

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
888 E. Walnut Street
Pasadena, CA 91101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Humberto Hernandez
7128 Desert Clover Ct
Las Vegas, NV 89129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 12 2011

JULIE GIESBRECHT
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

*Humberto Hernandez*
Plaintiff

v.

*Regional Trustee Services Corp.*
Defendant

2:11-cv-01461-KJD -PAL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
616 1st Avenue, Suite 500
Seattle, WA 98104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Humberto Hernandez
7128 Desert Clover Ct
Las Vegas, NV 89129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/12/2011

JULIE ALBRECHT
*Signature of Clerk or Deputy Clerk*