WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq.
Nevada Bar No. 009296
Donna M. Osborn, Esq.
Nevada Bar No. 006527
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
(702) 475-7964; Fax: (702) 946-1345
dosborn@wrightlegal.net
*Attorneys for Defendants,*
*OneWest Bank, FSB and Mortgage Electronic Registration Systems, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HUMBERTO HERNANDEZ | Case No.:  2:11-cv-01461-KJD-PAL |
| Plaintiff, | |
| vs. | **CERTIFICATE OF INTRESTED PARTIES** |
| ONEWEST BANK FBS as success in interest to INDYMAC FEDERAL BANK FBS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. MERS., a corporation licensed to do business in NEVADA; REGIONAL TRUSTEE SERVICES CORPORATION, a corporation licensed to do business in NEVADA DOES 1 THRU 100 INCLUSIVE, | |
| Defendants. | |

1    Pursuant to Local Rule 7.1-7(b) of the U.S. District Court Rules, the undersigned,

2    DONNA M. OSBORN, ESQ., of the law firm of WRIGHT FINLAY & ZAK, LLP, as counsel of

3    record for Defendants ONEWEST BANK, FSB as success in interest to INDYMAC FEDERAL

4    BANK FBS and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. MERS,

5    hereby certifies that there are no other known interested parties other than those disclosed herein

6    in this Certificate.

7    These representations are made to enable judges of the Court to evaluate possible

8    disqualification or recusal.

9    DATED this 22nd day of September, 2011.

10

11   WRIGHT, FINLAY & ZAK, LLP

12

13   _____ 6558

14   Donna M. Osborn, Esq.
     Nevada Bar No. 006527

15   5532 South Fort Apache Road, Suite 110
     Las Vegas, NV 89148

16   *Attorneys for Defendants,*

17   *OneWest Bank, FSB and Mortgage Electronic*
     *Registration Systems, Inc.*

18

19

20

21

22

23

24

25

26

27

28

1

### CERTIFICATE OF SERVICE

2

3        I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP; that I

4   electronically served the foregoing **CERTIFICATE OF INTERESTED PARTIES** to all

5   parties and counsel as identified on the Court-generated Notice of Electronic Filing and via

6   regular, first-class mail, postage pre-paid to the following address:

7

8

9   Humberto Hernandez
    7128 Desert Clover Ct.
10  Las Vegas, NV 89129
    *Plaintiff in Proper Person*

11

12   _____

13   An Employee of WRIGHT, FINLAY & ZAK, LLP

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28