1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq.
Nevada Bar No. 009296
Donna M. Osborn, Esq.
Nevada Bar No. 006527
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
(702) 475-7964; Fax: (702) 946-1345
dosborn@wrightlegal.net
*Attorneys for Defendants,*
*One West Bank, Fsb and Mortgage Electronic Registration Systems, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HUMBERTO HERNANDEZ<br><br>            Plaintiff,<br><br>    vs.<br><br>ONEWEST BANK FSB as success in interest to INDYMAC FEDERAL BANK FBS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. MERS., a corporation licensed to do business in NEVADA; REGIONAL TRUSTEE SERVICES CORPORATION, a corporation licensed to do business in NEVADA DOES 1 THRU 100 INCLUSIVE,<br><br>            Defendants. | Case No.:  2:11-cv-01461-KJD-PAL<br><br><br>**NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT** |

Defendants ONEWEST BANK ("OWB") and MORTGAGE ELECTRONIC

REGISTRATION SYSTEMS, INC. ("MERS"), by and through their counsel Donna Osborn,

Esq., and Robin Prema Wright, Esq., of WRIGHT, FINLAY & ZAK, LLP, hereby provide

notice to the Court and all interested parties of Plaintiff, Humberto Hernandez's failure to file a

response in opposition to OWB and MERS' Motion to Dismiss for Failure to  State a Claim

1   Upon Which Relief can be Granted or in the Alternative Motion for Summary Judgment (the

2   "Motion") [Dkt. 10].

3

4          OWB and MERS filed the Motion on October 13, 2011, to which a response was due for

5   filing and service no later than October 30, 2011. To date, Plaintiff has failed to file a response or

6   request an extension of time to file a response to the Motion.

7          In light of no response to the Motion being filed, and in the interest of judiciary economy,

8   OWB and MERS request that this Honorable Court summarily grant the Motion pursuant to LR

9   7-2(d).  Indeed, a party's failure to timely file an opposition constitutes consent to the granting of

10  a motion.  *See* LR 7-2-(d).

11

12         In accordance with LR 7-2(d), Plaintiff's failure to oppose OWB and MERS' Motion

13  constitutes consent to the granting of the Motion.  OWB and MERS therefore request that the

14  Court immediately enter an order dismissing Plaintiff's complaint.

15         DATED this 3rd day of November, 2011.

16                                          WRIGHT, FINLAY & ZAK, LLP

17

18                                          /s/ Donna M. Osborn, Esq.
                                           Donna M. Osborn, Esq.
19                                         Nevada Bar No. 006527
                                           5532 South Fort Apache Road, Suite 110
20                                         Las Vegas, NV 89148
                                           *Attorneys for Defendants,*
21                                         *One West Bank, FSB and Mortgage Electronic*
22                                         *Registration Systems, Inc.*

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP; that

2

service of the foregoing **NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS**

3

**FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, OR**

4

**IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT** was made on the 3rd

5

day of November, 2011, by depositing a true copy of same in the United States Mail, at Las

6

Vegas, Nevada, addressed as follows:

7

8

     Humberto Hernandez

9

     7128 Desert Clover Ct.
     Las Vegas, Nevada 89129

10

11

12

          _/s/ Erica Baker_____

13

          An Employee of WRIGHT, FINLAY & ZAK, LLP

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28