# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HUMBERTO HERNANDEZ,

    Plaintiff,

v.

ONEWEST BANK FSB, *et al.*,

    Defendants.

Case No. 2:11-CV-01461-KJD-PAL

**ORDER**

    Before the Court is Defendants Mortgage Electronic Registration Services, Inc. and One West Bank FSB's Motion to Dismiss (#10). This Motion was joined by regional Trustee Services Corporation (#14).

    Plaintiff Humberto Hernandez has filed no opposition to these Motions. Local Rule 7-2(d) provides that failure to oppose a motion "constitute[s] a consent to granting of the motion." The Motion to Dismiss appears to be supported by good cause. Accordingly, the Motion to Dismiss is granted.

    **IT IS HEREBY ORDERED** that Mortgage Electronic Registration Services, Inc. and One West Bank FSB's Motion to Dismiss (#10) is **GRANTED**.

    DATED this 14th day of November 2011.

_____
Kent J. Dawson
United States District Judge