# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HUMBERTO HERNANDEZ,

    Plaintiff,

v.

ONE WEST BANK FSB, *et al*.,

    Defendants.

Case No. 2:11-CV-01461-KJD-PAL

**ORDER**

    On November 14, 2011 the Court issued and Order (#16) granting the Motion to Dismiss (#10) filed by Defendants Mortgage Electronic Registration Services, Inc. ("MERS") and One West Bank FSB ("One West"). Regional Trustee Services Corporation joined MERS and One West's Motion to Dismiss (#14).

    Accordingly, **IT IS HEREBY ORDERED** that Regional Trustee Services Corporation is **DISMISSED** from this action.

    DATED this 16th day of November 2011.

_____
Kent J. Dawson
United States District Judge